## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHN H MOSLEY**                                                                 **PLAINTIFF**
ADC #082039

**v.**                              **CASE NO. 4:22-CV-00480-BSM**

**DEXTER PAYNE,** *et al.*                                                 **DEFENDANTS**

### ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's

recommended disposition [Doc. No. 4] is adopted and Mosley's complaint [Doc. No. 2] is

dismissed without prejudice for failure to state a claim.  It is recommended that this dismissal

counts as a "strike" for the purposes of 28 U.S.C. section 1915(g).  An *in forma pauperis*

appeal would not be taken in good faith.

IT IS SO ORDERED this 24th day of August, 2022.


_____
UNITED STATES DISTRICT JUDGE