IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN H MOSLEY**     **PLAINTIFF**
ADC #082039

v.     CASE NO. 4:22-CV-00480-BSM

**DEXTER PAYNE,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE